UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE LOPEZ,

    Plaintiff(s),

  v.

COLUMBIA RECOVERY SERVICES GROUP, et al.,

    Defendant(s).

NO. C08-882MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed Plaintiff's "Joint Status Report" (Dkt. No. 4), filed September 17, 2008. A joint status report must be submitted by all parties to a controversy; Plaintiff's filing reflects only her representations regarding the status of the case.

The parties are directed to file a joint status report within 20 days of the date of this order. Failure to file such a report may result in sanctions, up to and including dismissal of this action.

Filed this 19th day of September, 2008.

                                BRUCE RIFKIN, Clerk

                                By    /s Mary Duett
                                          Deputy Clerk

MINUTE ORDER